(November 9, 1970)

ANNETTE CENERI, Respondent, v. STUART STEIN, Appellant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

GRACE E. CONNOLLY, Appellant, v. RUTH H. KAUFMANN, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.